# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| United States of America | ) |
| v. | ) |
| LOREN DAVID READ | ) Case No. |
| | ) 6:21-mj-1364 |
| | ) |
| | ) |
| | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 24-26, 2021__ in the county of __Seminole__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 2422(b) | Attempted enticement of a minor. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Kevin Kaufman, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: April 27, 2021

_____
Judge's signature

City and state: Orlando, Florida

THOMAS B. SMITH, U.S. Magistrate Judge
Printed name and title

STATE OF FLORIDA                                    CASE NO. 6:21-mj-1364

COUNTY OF ORANGE

## AFFIDAVIT

I, Kevin Kaufman, Special Agent, Federal Bureau of Investigation (FBI), after being duly sworn, depose and state the following:

## INTRODUCTION

1. I am a Special Agent with the FBI and have been so employed for approximately 16 years. I am currently assigned to the Violent Crimes Against Children Task Force of the Orlando, Florida office of the FBI, and participate in the investigations of sex crimes, child exploitation, child pornography and computer crimes. I have been involved in investigations involving child pornography and online solicitation/enticement of a minor. I have participated in investigations of persons suspected of violating federal child pornography laws, including Title 18, United States Code, Sections 2252 and 2252A. I have also participated in investigations of persons suspected of violating federal laws pertaining to the enticement of minors under Title 18, United States Code, Section 2422(b). I have participated in various training courses for the investigation and enforcement of federal child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography. Additionally, I have been involved in authoring and participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software and electronically stored information.

2. I make this affidavit based upon personal knowledge derived from my participation in this investigation; information that I have learned from discussions with other FBI Special Agents and other law enforcement officers; and my review of evidence recovered in this investigation. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint for **LOREN DAVID READ**, I have not set forth each and every fact I learned as a result of this investigation. Rather, I have set forth only those facts I believe are necessary to establish probable cause that a violation of federal law has been committed. Unless otherwise noted, all statements of other persons described herein are set forth in substance and in part, rather than verbatim.

3. This affidavit is submitted in support of a criminal complaint against **READ** for a violation of Title 18, United States Code, Section 2422(b). As set forth in more detail below, I believe there is probable cause that **READ**, using a facility and means of interstate commerce, that is, the Internet, did knowingly attempt to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in prostitution or any sexual activity for which any person could be charged with a criminal offense under Florida law, that is, Sexual Battery, a violation of Florida Statute Section 794.011; all in violation of Title 18, United States Code, Section 2422(b).

4. I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from enforcement officers, information from agency reports, and review of documents

provided to me by these witnesses and enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

5. Title 18, United States Code, Section 2422(b) prohibits a person from using a means or facility of interstate commerce to knowingly attempt to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in prostitution or any sexual activity for which any could be charged with a criminal offense.

## SUMMARY OF INVESTIGATION

6. On April 24, 2021, while working in an undercover capacity, I was contacted via KiK, an instant messaging and social networking application that uses the Internet to send messages to other KiK users, by an individual later identified as LOREN DAVID **READ**. **READ** utilizing KiK username, "Andy Reed [xxtabdad]," sent me the following message: "Quiet room?" On April 25, 2021, I responded to **READ**, by asking what he was into. **READ** responded, "Love younger family seeking mons." I informed **READ** that I was a father of two daughters, who was into family taboo. **READ** asked me my age, sex, and where I lived. I responded, "45m Orlando. Daughters 9 and 11. U." **READ** told me he was 63 years old and had a daughter who was 27 years old.

3

7. As the conversation continued, **READ** told me my notional daughters were the perfect age and asked me if I "enjoy them now...U teaching them...Do they need a grandpa lol." I responded, "They are very well taught. Been active for a while. Grandchildren love grandparents lol". **READ** responded that he loved grandkids too and hoped to meet sometime. I asked **READ** if he had ever been with "young" and **READ** responded, "Youngest was 12...I like being a grandpa lol...What part of Orlando u in...Bring them candy."

8. I asked **READ**, "when was the last time you were with young[?]" **READ** disclosed he had been with a "[n]eighbor...She 16 now she still comes over. Her mom always working." I asked **READ** if he was still active with his neighbor and he stated, "Ocassionally but shes a teen now always with friends." I asked **READ** what he was looking for and **READ** responded, "Ideally a mom with young daughters or a dad that thinks his girls need a grandpa." I told **READ,** "Grandpa is always needed. Just got to make sure grandpa is on the same page lol. What would grandpa want lol." **READ** responded, "Well grandpa is very oral 9 yr able to accept a man yet? 11 yr old should be ready to be a woman." I responded, "Girls love oral. 11 yo is a little girl ready." **READ** responded, "So am I."

9. **READ** asked me if there were any restrictions and I informed **READ** that there were rules. **READ** asked what the rules were, and I stated: "The rules are no rough stuff, no bareback, and when they say stop it ends." **READ** agreed to the rules and asked if he had to wear a condom because he was "fixed." I responded,

4

"Yeh. Even though they are to young to get pregnant. Don't want to have to explain how they got diseasea." **READ** told me he understood and asked me what kind of candy my notional daughters like. I informed **READ** my notional daughters like skittles and starburst.

10.  I told **READ** that I was not into role playing. **READ** responded, "Hate roleplay. Need to taste and feel." I asked **READ** which of my notional girls he was interested in and **READ** told me that both girls intrigued him. **READ** asked me if both of my notional daughters were virgins. I responded, "The 9 yo is still a virgin. 11 yo is all about it." **READ** responded, "Damn enthuslasm over curiosity…11yr still flat started to bleed yet?" **READ** then proceeded to ask, "Tits starting to grow? Hair?…If I have to choose I'd take both lol."

11.  **READ** and I discussed where and how we would meet in order for the sexual encounter to occur. I asked **READ** what my daughters should expect when he arrived. **READ** responded, "I'll be kind gentle fondling licking then probably start devoting attention to Hannah entering her…fingers up assea…might try cindy if not toi ifht tight." I understood READ meant that he would attempt to perform oral sex on one child and insert his fingers into the anal cavities of both minors. I told **READ** the proposed sex acts were okay if he was not too rough. **READ** responded, "No I'm the gentle type."

12.  **READ** and I made arrangements to meet at a predetermined location in Lake Mary, Florida, which is within the Middle District of Florida. Prior to the

5

meeting, **READ** asked if I had any pictures of my notional daughters or was this "truly a blind date." **READ** confirmed what type of candy my notional girls wanted, and I told **READ** my notional daughters were asking for ring pops or gummy worms. I told **READ** that my notional daughters would be coming from dance. **READ** responded that he could not wait to see them in their leotards and requested to shower with them.

13. At approximately 7:20 p.m., **READ** informed me he was at the predetermined meeting location. I could not locate **READ** because **READ** had gone to the incorrect meeting location. At approximately 7:50 p.m., **READ** made it to the predetermined location. **READ** exited his work truck and walked over to Special Agent (SA) Rodney Hyre who sitting in his vehicle and was posing as the father of the two minors. SA Hyre asked **READ**, "Are you Dave." He responded, "yes." **READ** walked closer to SA Hyre, handed him a bag containing candy, and stated: "Here is candy for the girls." SA Hyre asked **READ** if he was excited and **READ** responded "yeah."

### Interview of LOREN DAVID READ

14. Prior to the interview, SA Hyre advised **READ** of his *Miranda* rights. **READ** acknowledged his *Miranda* rights and agreed to speak with SA Hyre and me. During the interview, **READ** stated that he had been in communication with a person he met on KiK. **READ** confirmed his KiK profile name, and indicated he had communicated with the father of the 9- and 11-year-old girls, via his smartphone, which **READ** indicated was in his vehicle. **READ** provided consent for investigators

6

to retrieve his cellular phone from his truck. **READ** provided the password to the cellular phone and consented for the interviewing agents to search the phone.

15. **READ** acknowledged that he had engaged in conversation with the father of the children and had stated his desire to give oral sex to the children. **READ** stated he would not be able to follow through with having sex with the 9- or 11-year-old. **READ** could not explain why he came to the location. **READ** acknowledged that he had claimed to have had sex with his 12-year-old neighbor. **READ** insisted that he had just made up those facts to pique the interest of the father of the two minors.

16. **READ** stated that he knew what he was doing was very wrong. **READ** was unable to come up with a reason for why he would do something like this. **READ** denied ever touching his daughter or his 7-year-old granddaughter.

17. During a search of **READ'S** person incident to arrest, SA Hyre found three condoms.

18. The Internet and cell phones are facilities or means of interstate commerce.

## CONCLUSION

19. I believe there is probable cause that **READ**, using a facility and means of interstate commerce, that is, the Internet and a cell phone, did knowingly attempt to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in prostitution, or any sexual activity for which any person could be charged with a criminal offense under Florida law, that is, Sexual Battery, a violation of Florida

Statute Section 794.011; all in violation of Title 18, United States Code, Section 2422(b).

This concludes my affidavit.

_____
Kevin Kaufman, Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me
this __27__ day of April, 2021.

_____
THOMAS B. SMITH
United States Magistrate Judge

8