# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 6: 21mj1364

**LOREN DAVID READ**

AUSA: Ranganath Manthripragda
Defense Atty.: Nicole Mouakar
Josh Lukman

| U.S. MAGISTRATE JUDGE | Thomas B. Smith Courtroom 6D | | April 30, 2021 1:34-3:01 = 1:27 mins |
|---|---|---|---|
| DEPUTY CLERK | Kim Anderson | RECORDING | Digital Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER | | PTS/PROB. | Ebonie Henderson |

## CLERK'S MINUTES
## BOND HEARING

Case called, appearances made, procedural setting by Court
Gov proffers evidence for detention
Dft calls Catharine Kelly witness/sworn and testifies
Cross examination by dft counsel
Objection/counsel to rephrase
Re-direct of witness
Testimony concluded
Dft calls Kimberly Moth witness/sworn and testifies
Cross examination by dft counsel
Testimony concluded
Dft calls Kenny Mullin witness/sworn and testifies
No cross examination
Testimony concluded
Dft calls Valerie Read witness/sworn and testifies
No cross examination
Court direct of witness
Testimony concluded
Gov closing argument
Dft closing argument for release
Court releases dft on conditions as stated
Dft will be released on May 3, 2021
Dft questions regarding internet
Court clarifies
Court adjourned